JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL LARGAESPARDA, an individual California resident, on behalf of himself individually and the proposed class,<br><br>Plaintiff<br><br>v.<br><br>DOCTOR ON DEMAND, INC. a California corporation,<br><br>Defendant. | Case No. CV 20-2773-MWF (AGRx)<br><br>**ORDER FOR DISMISSAL** |

The court having reviewed the parties' Request to Dismiss Proposed Class Action Complaint (Docket No. 31) and finding good cause therefore, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's individual claims in this matter are dismissed with prejudice.
2. Plaintiff's PAGA and proposed class action claims in this matter are dismissed without prejudice.
3. Pursuant to the settlement agreement in this matter, Defendant shall make payment to Plaintiff and Plaintiff's counsel within 30 days after this order is signed by the Court.

Dated: October 29, 2021

MICHAEL W. FITZGERALD
United States District Judge